[No. 64823-3-I. Division One. November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL NIGHTINGALE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-00361-3, Charles R. Snyder, J., entered December 29, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.

[No. 65038-6-I. Division One. November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MANUEL PARDO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-12410-0, Steven C. Gonzalez, J., entered February 11, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

[No. 65308-3-I. Division One. November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC FRANKLIN COSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06250-8, Theresa B. Doyle, J., entered April 5, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Schindler and Spearman, JJ.

[No. 65328-8-I. Division One. November 14, 2011.]

*In the Matter of the Marriage of* DENISE BABCOCK, *Respondent*, and ALLEN WAYNE BABCOCK, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 07-3-05056-1, Susan Ward Cook, J. Pro Tem., entered April 7, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Appelwick, JJ.